JOHN P. PARSONS, Respondent, Impleaded with Another, *v.* LIBERTY NATIONAL BANK AND TRUST COMPANY, Appellant.

Argued June 8, 1937; decided July 13, 1937.

*William O. Robertson* and *Louis J. Felstiner* for appellant.
*Ernest J. Ellenwood* for respondent.

Judgment affirmed, with costs; no opinion. (See 275 N. Y. 543.)

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.